No. 9127. STATE OF MONTANA, EX REL., LESLIE HUDSON, RELATOR, v. DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the COUNTY OF STILLWATER, RESPONDENT.

Decided April 11, 1952.

242 Pac. (2d) 491.

Per Curiam.

The relator, Leslie Hudson an inmate of the State Prison, has petitioned this court for a writ of error to review certain rulings of the district court wherein he was convicted, but from which rulings and judgment of conviction therein rendered he took no appeal within the time allowed by statute.

Accordingly this court is without jurisdiction to review the

rulings and alleged errors of which relator complains and the writ is denied and the proceeding ordered dismissed.